IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THERESA S. AMERI and
THOMAS LENK,

      Plaintiffs,

vs.                                                                                           No. CIV 14-0966 JB/SCY

GEICO GENERAL INSURANCE
COMPANY,

      Defendant.

## ORDER[1]

**THIS MATTER** comes before the Court on Defendant Government Employees Insurance Company's Motion to Bifurcate and Stay Discovery and Proceedings as to Plaintiff's Extra-Contractual Claims, filed February 24, 2015 (Doc. 32)("Motion"). The Court held a hearing on the Motion on April 17, 2015. For the reasons stated on the record at the hearing, the Court will deny the Motion.

**IT IS ORDERED** that Defendant Government Employees Insurance Company's Motion to Bifurcate and Stay Discovery and Proceedings as to Plaintiff's Extra-Contractual Claims, filed February 24, 2015 (Doc. 32), is denied.

                                                                                         _____
                                                                                          UNITED STATES DISTRICT JUDGE

---

      [1]This Order disposes of Defendant Government Employees Insurance Company's Motion to Bifurcate and Stay Discovery and Proceedings as to Plaintiff's Extra-Contractual Claims, filed February 24, 2015 (Doc. 32). The Court will, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

- 2 -

*Counsel:*

Richard J. Valle
Andrea D. Harris
Carter & Valle Law Firm P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Daniel W. Lewis
Christopher P. Winters
Allen, Shepherd, Lewis, Syra & Chapman, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant as to the Underinsured Motorist and Contract Claims*

Donna L. Chapman
Amy Elizabeth Headrick
Chapman and Charlebois, P.C.
Albuquerque, New Mexico

--and--

Meloney Perry
Perry Law, P.C.
Dallas, Texas

    *Attorneys for the Defendant as to the Extra-Contractual Claims*