IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THERESA S. AMERI and
THOMAS LENK,

      Plaintiffs,

vs.                                                  No. CIV 14-0966 JB/SCY

GEICO GENERAL INSURANCE
COMPANY,

      Defendant.

## ORDER[1]

**THIS MATTER** comes before the Court on: (i) the Plaintiff's Motion for Protective Order Re: Medical Releases, filed February 24, 2015 (Doc. 30)("MPO"); and (ii) the Plaintiff's Motion to Compel Depositions and Motion for Attorney Fees, filed February 24, 2015 (Doc. 31)("MTC"). The Court held a hearing on the MPO and the MTC on April 17, 2015. For the reasons stated on the record at the hearing, the Court will: (i) deny the MPO; and (ii) deny the MTC without prejudice to refiling.

**IT IS ORDERED** that: (i) the Plaintiff's Motion for Protective Order Re: Medical Releases, filed February 24, 2015 (Doc. 30), is denied; and (ii) the Plaintiff's Motion to Compel Depositions and Motion for Attorney Fees, filed February 24, 2015 (Doc. 31), is denied without prejudice to refiling.

---

[1] This Order disposes of: (i) the Plaintiff's Motion for Protective Order Re: Medical Releases, filed February 24, 2015 (Doc. 30); and (ii) the Plaintiff's Motion to Compel Depositions and Motion for Attorney Fees, filed February 24, 2015 (Doc. 31). The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for these decisions.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Richard J. Valle
Andrea D. Harris
Carter & Valle Law Firm P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Daniel W. Lewis
Christopher P. Winters
Allen, Shepherd, Lewis, Syra & Chapman, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant as to the Underinsured Motorist and Contract Claims*

Donna L. Chapman
Amy Elizabeth Headrick
Chapman and Charlebois, P.C.
Albuquerque, New Mexico

--and--

Meloney Perry
Perry Law, P.C.
Dallas, Texas

    *Attorneys for the Defendant as to the Extra-Contractual Claims*